LOUISE MAGNOTTI *v.* ELIZABETH O'BRASKY ET AL.

The motion by Herman S. Bershtein to withdraw his appearance for the plaintiff in the appeal from the Superior Court in New Haven County is granted.

Argued February 3—decided February 3, 1970

RUDOLPH KOLLANDA *v.* T AND M BUILDING COMPANY INC., ET AL.

The motion by the defendant Ryan Contractors and Builders, Inc., to dismiss the appeal of the named defendant from the Superior Court in New Haven County is granted.

*Robert J. Cooney,* for the appellee (defendant Ryan Contractors and Builders, Inc.).

*Bruce W. Thompson,* for the appellant-appellee (named defendant).

*Howard F. Zoarski,* for the appellee-appellant (plaintiff).

